No. 46. ANGLO & LONDON - PARIS NAT'L BANK *v.* CONSOLIDATED NAT'L BANK.

Argued December 4, 1929. Decided December 9, 1929. *Per Curiam:* The writ of certiorari herein is dismissed as improvidently granted. *Mr. Frederic R. Coudert,* with whom *Mr. Mahlon B. Doing* was on the brief, for petitioner. *Mr. John W. Davis,* with whom *Mr. Samuel L. Kingan* was on the brief, for respondent.

No. 51. GULF, MOBILE & NORTHERN R. Co. *v.* WILLIAMS.

Argued December 5, 1929. Decided December 5, 1929. Writ of certiorari dismissed as improvidently granted. *Mr. J. G. Hamilton,* with whom *Mr. J. N. Flowers* was on the brief, for petitioner. *Messrs. B. F. McMillan, Jr.,* and *S. M. Johnston,* with whom *Messrs. Gregory L. Smith* and *Harry H. Smith* were on the brief, for respondent.